FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

14 MAR 20 PM 12: 46

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KEITH D. BAKER,<br><br>Defendant. | 8:14CR 62<br><br>INDICTMENT<br>18 U.S.C. § 922(g)(1) and § 924(a)(2) |

The Grand Jury Charges:

## COUNT I

On or about February 10, 2014, in the District of Nebraska, KEITH D. BAKER, Defendant

herein, having been convicted on May 14, 2003, in the District Court of Douglas County,

Nebraska, of a crime punishable by imprisonment for a term exceeding one year, to wit: possession

with intent to deliver a controlled substance, did knowingly possess in and affecting commerce, a

firearm which had been shipped and transported in interstate commerce, to wit: a Jennings Bryco

59, 9mm handgun, serial #756049.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

_____
FOREPERSON

_____
DEBORAH R. GILG
United States Attorney

The United States of America requests that trial of this case be held at Omaha, Nebraska,
pursuant to the rules of this Court.

_____
MARTIN J. CONBOY, IV
Special Assistant United States Attorney